

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00411-CV

**IN THE INTEREST OF M.G.P. & D.J.P.**, minor children

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2014-06-30038-CV
Honorable Spencer Whitewood Brown, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee.

SIGNED August 26, 2015.

_____
Jason Pulliam, Justice